HAROLD H. HERTS v. HARTFORD FIRE INSURANCE COMPANY.— Appli-

cation denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.